**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| PAUL A. COHEN, | : | CIVIL ACTION |
|     Plaintiff, | : | |
| | : | |
| v. | : | NO. 10-7234 |
| | : | |
| GEORGE WAGNER, et al., | : | |
|     Defendants. | : | |

===============================================================

| | | |
|---|---|---|
| PAUL A. COHEN, | : | CIVIL ACTION |
|     Plaintiff, | : | |
| | : | |
| v. | : | NO. 10-7235 |
| | : | |
| GEORGE WAGNER, et al., | : | |
|     Defendants. | : | |

## **MEMORANDUM ORDER**

Plaintiff has filed lawsuits which have been indexed to 10-cv-7234 and 10-cv-7235.

A substantial number of motions have been filed by plaintiff, many of which are difficult to understand, primarily in light of the many filings in these cases and the overlapping of some motions with previous orders of this court.  The reassignment of these cases to the undersigned has given me the opportunity to establish a manageable case order.  To that end, all outstanding motions in both cases (Docket Nos. 17, 18, 21 and 22 in case number 10-cv-7234;  and Docket Nos. 25, 27, 28, 37, 38, 39, 40, 41 and 42 in case number 10-cv-7235) are DISMISSED.

Plaintiff is permitted to file an Amended Complaint which in compliance with Federal Rules should simply list:

1. Name of Defendant and location where defendant works;
2. Facts which support plaintiff's claim against the particular defendant; including approximate dates on which alleged facts occurred;
3. Relief requested.

A simple example of the form of complaint plaintiff should file in this case follows:

**1. The defendant is correctional Officer John White who works at Podunk County Prison.**

**2. On November 1, 2010, defendant White used excessive force when he struck me with his baton for no reason.**

**3. I request damages for injury suffered and punitive damages.**

If there are additional defendants, you should follow the same example beginning with paragraph 4 – naming the defendant, and so on.

Federal Rule of Civil Procedure 8 sets forth general rules of pleadings, and in pertinent part, for this case states:

(2) a short and plain statement of the claim showing that the pleader is entitled to relief; and

(3) a demand for the relief sought, which may include relief in the alternative or different types of relief.

Civil Action No. 10-7235 is hereby CONSOLIDATED with Civil Action No. 10-7234, and ALL FILINGS SHOULD BE FILED TO CIVIL ACTION NO. **10-7234**.

Failure to file on or before June 30, 2011 will result in the closing of this case by the Court.

IT IS SO **ORDERED** this 20th day of May, 2011.

BY THE COURT:

*s/ Ronald L. Buckwalter*
RONALD L. BUCKWALTER, S.J.